UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br>　　　　　　Plaintiff, <br><br>　v. <br><br> WELCH FOODS INC., a Michigan corporation, <br><br>　　　　　　Defendant. | CASE NO. 2:23-cv-1543 MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

This case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and (B).

//
//
//
//

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed November 7, 2023.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk

MINUTE ORDER - 2